State on the relation of Recorder.

## No. 12,357.

THE STATE OF LOUISIANA ON THE RELATION OF O. A. TAQUINO
vs. LOUIS ARNAULD, RECORDER.

The recorder's court in the city of New Orleans, in enforcing Ordinance 12,755, can not impose a greater term of imprisonment than thirty days. The imprisonment for non-payment of the fine imposed, added to for violation of the ordinance, can not exceed thirty days.

Act 47 of 1890 limits imprisonment for the violation of each offence to thirty days.

ON APPLICATION for a Writ of *Certiorari.*

*Chandler C. Luzenberg* for Relator.

Respondent *in propria persona.*

Submitted on briefs December 19, 1896.
Opinion handed down January 4, 1897.

The opinion of the court was delivered by

McENERY, J. The relator was convicted before the respondent's court for violating Ordinance No. 12,755. He complains that the respondent exceeded his authority in imposing the penalty upon him under Section 3 of the ordinance.

Section 3 is as follows:

" That whoever shall violate the provisions of this ordinance shall, upon conviction before the recorder within whose jurisdiction the offence is committed, be condemned by said recorder to pay a fine not to exceed twenty-five ($25) dollars, or imprisonment in the parish prison for a term not to exceed thirty (30) days, or both, or imprisonment in said parish prison for a term not to exceed thirty (30) days in default of the payment of said fine; *provided, that the fine shall not exceed twenty-five ($25) dollars for each offence*, nor the imprisonment more than thirty (30) days." (Italics ours.)

The sentence imposed upon relator was to pay a fine of twenty-five dollars, and to be imprisoned for thirty days in the parish prison, and in default of the payment of the fine, to be imprisoned an additional thirty days.

The relator applied for and obtained a writ of *certiorari* that the validity of the penalty might be inquired into. State *ex rel.* Joseph vs. Bringier, Recorder, 42 An. 1097.

The *proviso* in the ordinance limits the imprisonment in each offence to thirty days. Fine and imprisonment may both be imposed, but the length of the imprisonment can not exceed thirty days. The additional imprisonment for *non*-payment of the fine added to that imposed for the violation of the ordinance can not exceed thirty days.

Act 41 of 1890 limits the term of imprisonment to be imposed by the ordinances of the city, for their violation, to thirty days.

The sentence and judgment are avoided and reversed and the case remanded in order that sentence may be imposed according to law.